IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANUTE DIDORONKIENE
and ALMA DIDORONKUTE,

    Plaintiffs,

vs.                                                                                                  No.: 1:17-cv-00478-SWS-MLC

FIRST COAST EXPRESS, INC. and
PEPA MIKLOVAN, individually and in his
Capacity as an Employee of FIRST COAST
EXPRESS, INC.,

    Defendants.

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court on the Parties' Joint Motion to Dismiss with Prejudice, by and through their respective counsel of record, and the Court having read said Motion, having reviewed this Stipulated Order presented by the parties for the Court's approval, and otherwise being fully advised, FINDS that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs' Complaint against all Defendants along with all causes of action that were or could have been brought therein against Defendants, is dismissed with prejudice.  It is additionally ORDERED that each party shall bear their own attorney's fees and costs.

HONORABLE MARK L. CARMAN
UNITED STATES MAGISTRATE JUDGE